

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00067-CV

LAKESHORE GRANBURY                                          APPELLANT
HOLDINGS, LLC

V.

HOOD COUNTY APPRAISAL                                       APPELLEE
DISTRICT

------------

FROM THE 355TH DISTRICT COURT OF HOOD COUNTY
TRIAL COURT NO. C2016151

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, KERR, and PITTMAN, JJ.

DELIVERED: June 28, 2018

---

[1]*See* Tex. R. App. P. 47.4.